**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| ROGER A. HERNDON, Plaintiff, v. HUNTINGTON INGALLS INDUSTRIES, INC. AND THE HII ADMINISTRATIVE COMMITTEE, Defendants. | Case No. 4:19-CV-00052-HCM-DEM |

**JOINT MOTION FOR ENTRY
OF STIPULATED PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT**

Plaintiff Roger A. Herndon and Defendants Huntington Ingalls Industries, Inc. ("HII") and the HII Administrative Committee (the "Committee"), by counsel, hereby jointly move the Court for entry of the attached Stipulated Protective Order in this matter. In support of this Joint Motion, the parties state as follows:

In accordance with pretrial proceedings, Rules 26 and 16 of the Federal Rules of Civil Procedure, and Rule 37 of the Local Rules of Practice for the Eastern District of Virginia, the parties have met and conferred to agree upon a protective order to handle the disclosure of confidential materials in discovery and at trial ("Proposed Stipulated Protective Order").

As a result, the parties attach as **Exhibit 1** an electronically endorsed copy of their Proposed Stipulated Protective Order and request this Court enter that Order in this matter. The entry of the Proposed Stipulated Protective Order will streamline and make the discovery process more efficient while allowing for the disclosure and protection of confidential materials.

WHEREFORE, the parties, by counsel, request that this Court enter the parties' Proposed Stipulated Protective Order attached as Exhibit 1.

Dated: September 24, 2019            Respectfully jointly submitted,

| | |
|---|---|
| /s/ | /s/ |
| Gregory Y. Porter (VSB # 40408) | Robert W. McFarland (VSB No. 24021) |
| gporter@baileyglasser.com | rmcfarland@mcguirewoods.com |
| BAILEY & GLASSER LLP | Jeanne E. Noonan (VSB No. 87863) |
| 1055 Thomas Jefferson Street, NW, Suite 540 | jnoonan@mcguirewoods.com |
| Washington, DC 20007 | MCGUIREWOODS LLP |
| Tel: (202) 463-2101 | World Trade Center |
| Fax: (202) 463-2103 | 101 West Main Street, Suite 9000 |
| | Norfolk, Virginia 23510-1655 |
| Mark G. Boyko (to be admitted *pro hac vice*) | Tel: (757) 640-3716 |
| mboyko@baileyglasser.com | Fax: (757) 640-3730 |
| BAILEY & GLASSER LLP | |
| 8012 Bonhomme Avenue, Suite 300 | Cari K. Dawson (admitted *pro hac vice*) |
| Clayton, MO 63105 | cari.dawson@alston.com |
| Tel: (202) 463-2101 | H. Douglas Hinson (admitted *pro hac vice*) |
| Fax:(202) 463-2103 | doug.hinson@alston.com |
| | ALSTON & BIRD LLP |
| Robert A. Izard (to be admitted *pro hac vice*) | 1201 W. Peachtree Street |
| rizard@ikrlaw.com | Atlanta, GA 30309 |
| Mark P. Kindall (to be admitted *pro hac vice*) | Tel: (404) 881-7000 |
| mkindall@ikrlaw.com | Fax: (404) 881-7777 |
| Seth R. Klein (to be admitted *pro hac vice*) | |
| sklein@ikrlaw.com | Emily Seymour Costin (admitted *pro hac vice*) |
| Douglas P. Needham | emily.costin@alston.com |
| dneedham@ikrlaw.com | David R. Godofsky (admitted *pro hac vice*) |
| Oren Faircloth | david.godofsky@alston.com |
| ofaircloth@ikrlaw.com | ALSTON & BIRD LLP |
| IZARD, KINDALL & RAABE LLP | 950 F Street, NW |
| 29 South Main Street, Suite 305 | Washington, D.C. 20004-1404 |
| West Hartford, CT 06107 | Tel: (202) 239-3300 |
| Tel: (860) 493-6292 | Fax: (202) 239-3333 |
| Fax: (860) 493-6290 | |
| | *Counsel for Defendants Huntington Ingalls Industries, Inc. and the HII Administrative Committee* |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2019, I caused a true copy of the foregoing document to be filed through the Court's ECF system which will automatically serve a copy upon the following counsel of record:

>Gregory Yann Porter (VSB No. 40408)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
gporter@baileyglasser.com
>
>Mark G. Bokyo (to be admitted *pro hac vice*)
**BAILEY & GLASSER LLP**
8012 Bonhomme Avenue
Suite 300
Clayton, MO 63105
Tel: (314) 863-5446
Fax: (314) 863-5483
Email: mboyko@baileyglasser.com
>
>Robert A. Izard (*pro hac vice*)
Mark P. Kindall (*pro hac vice*)
Seth R. Klein (to be admitted *pro hac vice*)
Douglas P. Needham (*pro hac vice*)
Oren Faircloth
**IZARD, KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: rizard@ikrlaw.com
Email: mkindall@ikrlaw.com
Email: sklein@ikrlaw.com
Email: dneedham@ikrlaw.com
Email: ofaircloth@ikrlaw.com
>
>*Counsel for Plaintiff Roger A. Herndon*

                                                 /s/
                                     Robert W. McFarland