\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NEWPORT NEWS DIVISION

## Tuesday, February 18, 2020

**MINUTES OF PROCEEDINGS** IN     Open Court
**PRESENT**: THE HONORABLE    Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:  Lori Baxter
Law Clerk:   Josh Lang                                            Reporter:   Heidi Jeffreys, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 11:47 a.m. |
|---|---|---|

Case No.   4:19cv52

Robert A. Herndon, *on behalf of himself and all others similarly situated*

v.

Huntington Ingalls Industries, Inc.
The HII Administrative Committee

Appearances:    Mark P. Kindall and Robert A. Izard for the Plaintiff.    Emily S. Costin, David Godofsky, and Robert W. McFarland for the Defendant.

Hearing held re [10] Motion to Dismiss for Failure to State a Claim by Defendants.    Arguments of counsel.    Comments of Court.    For the reasons stated on the record, the Court DENIES the motion to dismiss.    Discovery is closed in this case however the parties will need a new trial date and will submit a proposed order.    Court adjourned.