# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| ROGER A. HERNDON, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 4:19-CV-00052-HCM-DEM |
| HUNTINGTON INGALLS INDUSTRIES, INC. AND THE HII ADMINISTRATIVE COMMITTEE, | ) |
|     Defendants. | ) |

## MOTION TO EXCLUDE
## THE OPINIONS OF PLAINTIFF'S EXPERT, MITCHELL I. SEROTA

Defendants Huntington Ingalls Industries, Inc. ("HII") and the HII Administrative Committee (the "Committee") (collectively, "Defendants"), by counsel and pursuant to Federal Rule of Evidence 702, hereby move the Court to exclude the opinions of Plaintiff's Expert Mitchell I. Serota ("Serota"). In support of this Motion, Defendants refer this Court to their Memorandum in Support, filed contemporaneously herewith.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of this Motion to Exclude the Opinions of Plaintiff's Expert Mitchell I. Serota, Defendants respectfully request that the Court grant their Motion, exclude the testimony of Serota, and grant any other relief this Court deems just and proper.

February 28, 2020	Respectfully submitted,

    /s/ *Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
rmcfarland@mcguirewoods.com
Jeanne E. Noonan (VSB No. 87863)
jnoonan@mcguirewoods.com
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Tel: (757) 640-3716
Fax: (757) 640-3730

Cari K. Dawson (admitted *pro hac vice*)
cari.dawson@alston.com
H. Douglas Hinson (admitted *pro hac vice*)
doug.hinson@alston.com
Emily Hootkins (admitted *pro hac vice)*
emily.hootkins@alston.com
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

Emily Seymour Costin (admitted *pro hac vice*)
emily.costin@alston.com
David R. Godofsky (admitted *pro hac vice*)
david.godofsky@alston.com
ALSTON & BIRD LLP
950 F Street, NW
Washington, D.C. 20004-1404
Tel: (202) 239-3300
Fax: (202) 239-3333

*Counsel for Defendants Huntington Ingalls Industries, Inc. and the HII Administrative Committee*

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of February, 2020, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system, and on the following counsel via email:

    Mark G. Boyko (to be admitted *pro hac vice*)
    mboyko@baileyglasser.com

    Seth R. Klein (to be admitted *pro hac vice*)
    sklein@ikrlaw.com

    Oren Faircloth (to be admitted *pro hac vice)*
    ofaircloth@ikrlaw.com

                             /s/ *Robert W. McFarland*
                        Robert W. McFarland (VSB No. 24021)
                        rmcfarland@mcguirewoods.com
                        Jeanne E. Noonan (VSB No. 87863)
                        jnoonan@mcguirewoods.com
                        MCGUIREWOODS LLP
                        World Trade Center
                        101 West Main Street, Suite 9000
                        Norfolk, Virginia 23510-1655
                        Tel: (757) 640-3716
                        Fax: (757) 640-3730

                        Cari K. Dawson (admitted *pro hac vice*)
                        cari.dawson@alston.com
                        H. Douglas Hinson (admitted *pro hac vice*)
                        doug.hinson@alston.com
                        Emily Hootkins (admitted *pro hac vice)*
                        emily.hootkins@alston.com
                        ALSTON & BIRD LLP
                        1201 W. Peachtree Street
                        Atlanta, GA 30309
                        Tel: (404) 881-7000
                        Fax: (404) 881-7777

Emily Seymour Costin (admitted *pro hac vice*)
emily.costin@alston.com
David R. Godofsky (admitted *pro hac vice*)
david.godofsky@alston.com
ALSTON & BIRD LLP
950 F Street, NW
Washington, D.C. 20004-1404
Tel: (202) 239-3300
Fax: (202) 239-3333

*Counsel for Defendants Huntington Ingalls Industries, Inc. and the HII Administrative Committee*