**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| Roger A. Herndon, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Huntington Ingalls Industries, Inc., the HII Administrative Committee, and John/Jane Does 1–5, <br><br> Defendants. | Civil Action No.: 4:19-cv-00052-RBS-DEM <br><br><br><br><br><br><br><br><br><br> CLASS ACTION |

**PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Incredibly, and perhaps hoping that the Court will not review the entire docket, Defendants do not acknowledge, much less address, the rejection of all their legal arguments in Judge Morgan's nine-page denial of their Motion to Dismiss. Order dated 2/20/20 [ecf 73]. See, Reply Memorandum in Support of Motion for Summary Judgment [ecf 77] at 4-8, 18-20. Nothing has changed in the past couple of weeks which would warrant the Court revisiting those issues of law.

The remainder of Defendants' Reply concerns the "battle of the experts" which Defendants admit is more fully briefed in the competing Daubert Motions. See, e.g., id at 3,11, 16. Plaintiff respectfully submits that the Court should consider that briefing in deciding the Motion.

Dated: March 10, 2020                       Respectfully submitted,

*/s/ Gregory Y. Porter*
**BAILEY & GLASSER LLP**
Gregory Y. Porter (VSB # 40408)
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
Email: gporter@baileyglasser.com

Mark G. Boyko (to be admitted *pro hac vice*)
**BAILEY & GLASSER LLP**
8012 Bonhomme Avenue, Suite 300
Clayton, MO 63105
Tel: (202) 463-2101
Fax:(202) 463-2103
mboyko@baileyglasser.com

**IZARD, KINDALL & RAABE LLP**
Robert A. Izard (to be admitted *pro hac vice*)
Mark P. Kindall (to be admitted *pro hac vice*)
Seth R. Klein (to be admitted *pro hac vice*)
Douglas P. Needham
Oren Faircloth
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: rizard@ikrlaw.com
Email: mkindall@ikrlaw.com
Email: sklein@ikrlaw.com
Email: dneedham@ikrlaw.com
Email: ofaircloth@ikrlaw.com

*Counsel for Plaintiffs*