IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| ROGER A. HERNDON,<br>*On behalf of himself and all others similarly situated*,<br>    Plaintiff,<br><br>    v.<br><br>HUNTINGTON INGALLS INDUSTRIES, INC., *et al.*,<br>    Defendants. | Civil Action No. 4:19CV52 (RCY) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Amend the Trial Scheduling Order ("Joint Motion to Amend") (ECF No. 120). The parties have requested 45-day suspension of the deadlines set in this Court's Rule 16(b) Scheduling Order (ECF No. 114).

For good cause shown, the Court hereby GRANTS the Joint Motion to Amend (ECF No. 120). The Rule 16(b) Scheduling Order deadlines are suspended for a period of 45 days. Parties shall have until October 29, 2021, to file the motion for preliminary approval of the class settlement and supporting papers. The Final Pretrial Conference, scheduled for October 28, 2021, is CANCELLED. The bench trial, scheduled to begin on November 8, 2021, is hereby converted to a Status Conference to take place at 9:15 a.m. via zoom.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: September 20, 2021