IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| ROGER A. HERNDON, )<br>*On behalf of himself and all others* )<br>*similarly situated*, )<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>HUNTINGTON INGALLS INDUSTRIES, )<br>INC., *et al.*, )<br>    Defendants. )<br>_____) | Civil Action No. 4:19CV52 (RCY) |

**ORDER**

This matter is before the Court on the parties' Joint Motion and Memorandum to Amend the Trial Scheduling Order ("Joint Motion to Amend") (ECF No. 122). The parties have requested 14-day extension of the deadlines in the Court's Order dated September 20, 2021 (ECF No. 121).

For good cause shown, the Court hereby GRANTS the Joint Motion to Amend (ECF No. 122). Parties shall have until November 12, 2021, to file the motion for preliminary approval of the class settlement and supporting papers.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                                   /s/
                                          Roderick C. Young
                                          United States District Judge

Richmond, Virginia
Date: October 28, 2021