# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Roger A. Herndon, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Huntington Ingalls Industries, Inc., the HII Administrative Committee, and John/Jane Does 1–5,<br><br>　　　　　　Defendants. | Civil Action No.: 4:19-cv-00052-RCY-LRL<br><br><br><br><br><br><br><br>CLASS ACTION |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiff Roger A. Herndon, individually and as representative of the Class, moves the Court under Federal Rule of Civil Procedure 23 for an Order finally approving a class action Settlement Agreement between Plaintiff and Defendants. Through this Motion, Plaintiff asks the Court to: (i) grant final approval of the Settlement; (ii) find that notice to the Class satisfied due process; and (iii) enter an order of final judgment and dismissal with prejudice of this action. A [Proposed] Final Order and Judgment is filed herewith.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and the Declaration of Douglas P. Needham with an attached exhibit.

Dated: March 25, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Gregory Y. Porter*
　　　　　　　　　　　　　　　　　　　　　　Gregory Y. Porter (VSB # 40408)
　　　　　　　　　　　　　　　　　　　　　　**BAILEY & GLASSER LLP**
　　　　　　　　　　　　　　　　　　　　　　1055 Thomas Jefferson Street, NW, Suite 540
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 463-2101
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 463-2103
　　　　　　　　　　　　　　　　　　　　　　Email: gporter@baileyglasser.com

　　　　　　　　　　　　　　　　　　　　　　Mark G. Boyko (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　**BAILEY & GLASSER LLP**

8012 Bonhomme Avenue, Suite 300
Clayton, MO 63105
Tel: (202) 463-2101
Fax:(202) 463-2103
mboyko@baileyglasser.com

Robert A. Izard (*pro hac vice*)
Douglas P. Needham (*pro hac vice*)
Oren Faircloth (*pro hac vice*)
**IZARD, KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  dneedham@ikrlaw.com
Email:  ofaircloth@ikrlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2022, the foregoing was served through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Gregory Y. Porter*
Gregory Y. Porter (VSB # 40408)