# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Roger A. Herndon, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Huntington Ingalls Industries, Inc., the HII Administrative Committee, and John/Jane Does 1–5,<br><br>　　　　　　Defendants. | Civil Action No.: 4:19-cv-00052-RCY-LRL<br><br><br><br><br><br><br><br>CLASS ACTION |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES AND A CASE CONTRIBUTION AWARD

Plaintiff Roger A. Herndon, individually and on behalf of all other members of the Settlement Class, hereby moves this Court for an Order awarding $700,000 (25% of the Settlement Fund), $305,376.98 in litigation costs and expenses, and a case contribution award of $10,000 to Mr. Herndon. A [Proposed] Final Order is attached as Exhibit A hereto.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and the Declaration of Douglas P. Needham with an attached exhibit.

Dated: March 25, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gregory Y. Porter*
　　　　　　　　　　　　　　　　　　　　Gregory Y. Porter (VSB # 40408)
　　　　　　　　　　　　　　　　　　　　**BAILEY & GLASSER LLP**
　　　　　　　　　　　　　　　　　　　　1055 Thomas Jefferson Street, NW, Suite 540
　　　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　　　Tel: (202) 463-2101
　　　　　　　　　　　　　　　　　　　　Fax: (202) 463-2103
　　　　　　　　　　　　　　　　　　　　Email: gporter@baileyglasser.com

　　　　　　　　　　　　　　　　　　　　Mark G. Boyko (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**BAILEY & GLASSER LLP**
　　　　　　　　　　　　　　　　　　　　8012 Bonhomme Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　Clayton, MO 63105
　　　　　　　　　　　　　　　　　　　　Tel: (202) 463-2101
　　　　　　　　　　　　　　　　　　　　Fax:(202) 463-2103
　　　　　　　　　　　　　　　　　　　　mboyko@baileyglasser.com

Robert A. Izard (*pro hac vice*)
Douglas P. Needham (*pro hac vice*)
Oren Faircloth (*pro hac vice*)
**IZARD, KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: rizard@ikrlaw.com
Email: dneedham@ikrlaw.com
Email: ofaircloth@ikrlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2022, the foregoing was served through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Gregory Y. Porter*
Gregory Y. Porter (VSB # 40408)
