IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| ROGER A. HERNDON,  )<br>*On behalf of himself and all others*  )<br>*similarly situated*,  )<br>     Plaintiff,  )<br>  )<br>          v.  )<br>  )<br>HUNTINGTON INGALLS INDUSTRIES,  )<br>INC., *et al.*,  )<br>     Defendants.  )<br>_____)  | Civil Action No. 4:19CV52 (RCY) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and a Case Contribution Award ("Motion for Attorneys' Fees") (ECF No. 132). Whereas, due and adequate notice having been given to the Settlement Class as required by the Preliminary Approval Order, and the Court having held a Final Approval Hearing on May 9, 2022, and the Court having considered all papers timely filed and proceedings in this Action and otherwise being fully informed of the matters herein, and for the reasons stated on the record at the Final Approval Hearing, and good cause appearing, the Court GRANTS Plaintiff's Motion for Attorneys' Fees (ECF No. 132). It is hereby ORDERED that:

1. The provisions of the Parties' Settlement Agreement, dated November 11, 2022, including the definitions of the terms used therein, are hereby incorporated by reference as though fully set forth herein. All capitalized terms used herein have the meanings set forth and defined in the Agreement.

2. The Court hereby approves an award of Attorney's Fees to Class Counsel in the amount of $700,000.

3. The Court hereby approves an award of Expenses and Costs to Class Counsel in the amount of $305,376.98.

4. The Fees and Costs Award shall be paid as directed by Class Counsel pursuant to the terms of Section II.F of the Settlement Agreement.

5. The Court hereby approves a Client Contribution Award to Plaintiff in the amount of $ $10,000 to be paid pursuant to the terms of Section II.E of the Settlement Agreement

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                                 /s/
                                           Roderick C. Young
                                           United States District Judge

Norfolk, Virginia
Date: May 10, 2021